# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS GREGORY MYERS,<br><br>　　　　Defendant. | NO. 2:15-cr-00040-JLQ<br><br>ORDER RE: SELF-REPORT AND MONITORING |

　　　　BEFORE THE COURT is Defendant's Motion to Modify Release Conditions (ECF No. 50). Judgment was entered in this matter on October 2, 2015. Defendant was on release pretrial under the conditions set by Magistrate Judge Rodgers. *See* Order of April 29, 2015 at ECF No. 19. Defendant is being allowed to self-report, and has been designated to self-report to FDC SeaTac in Seattle, Washington, by 12:00 p.m., November 19, 2015. Defendant remains on the same pretrial conditions of release. One of Defendant's conditions of release involves electronic/GPS monitoring. Defendant seeks to be removed from such monitoring at the end of the day on November 18, 2015, so he may self report.

**IT IS HEREBY ORDERED**:

1. Defendant's Motion (ECF No. 50) is **GRANTED**. Defendant is released from the condition of electronic/GPS monitoring prior to traveling to the designated BOP facility. The United States Probation Office may retrieve its

ORDER - 1

        monitoring equipment prior to Defendant's departure to the BOP facility. This removal should be done by 5:00 p.m., November 18, 2015.

   2.    Similarly, Defendant has a curfew/home detention condition. If overnight travel is required to the designated BOP facility, the curfew/home detention condition is hereby lifted for the purposes of travel.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and  provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshal.

**DATED** this 29th day of October, 2015.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2