FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  -vs-<br><br>THOMAS GREGORY MYERS,<br><br>           Defendant. | No.   2:15-CR-0040-JLQ-1<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

A supervised release motion and status hearing was held March 11, 2020. The Defendant was present, out of custody, and represented by Bevan Maxey; Assistant United States Attorney James Goeke represented the Government; United States Probation Officer Patrick Dennis was also present.

The Court scheduled the hearing to review a Motion by Defendant to modify his conditions of supervised release to allow his minor-aged nephew to reside in the same residence as Defendant, ECF No. 71, and to determine the status of Defendant's compliance with his conditions of supervised release as required by the February 19, 2019 Order Granting Defendant's Motion to Modify Supervised Release Conditions, ECF No. 67. Mr. Myers is in full compliance with the terms of his supervised release. The Court reminded Defendant that he must maintain compliance with his sex offender treatment program.

The Court has reviewed the file and Defendant's Motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Court **GRANTS** Defendant's Motion to Modify Supervised Release Conditions **(ECF No. 71)**.

ORDER - 1

2. Supervised Release Special Condition No. 17 is hereby **MODIFIED** to read as follows:

You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer, with the limited exception that you may have contact with your minor-aged nephew, identified as D.J.M., while the both of you are residing at your parents' residence. You shall immediately report any unauthorized contact with minor-aged children to the supervision officer. You shall immediately notify the supervision officer if and when your nephew no longer resides at your parents' residence.

3. All other conditions of Mr. Myers' supervised release **REMAIN IN EFFECT.**

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Patrick Dennis.

**DATED** this 11th day of March, 2020.

3-11-20

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2